1  Morgan E. Pietz, Esq. (SBN 260629)
   THE PIETZ LAW FIRM
2  Carl K. Osborne, Esq. (SBN 42340)
3  LAW OFFICES OF CARL K. OSBORNE
   3770 Highland Avenue, Suite 206
4  Manhattan Beach, California, 90266
5  Telephone:    (310) 424-5557
6  Facsimile:    (310) 546-5301

```
                    FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

           APR - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

7  Attorneys for Petitioner Trinidad MARIN, a/k/a Jose Trinidad Marin

8
9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  Trinidad MARIN, a/k/a Jose Trinidad Marin | Case Number: CV-11-02286-JSL (RNB) |
| 13 | |
| 14                              Petitioner, | **STIPULATION AND [PROPOSED]** |
| 15                    v. | ***BITTAKER* PROTECTIVE ORDER** |
| 16  Timothy E. BUSBY, Warden, Ironwood State | Assigned to the Honorable J. Spencer Letts, U.S. |
| 17  Prison | District Judge |
| 18 | Referred to the Honorable Robert N. Block, U.S. |
| 18                              Respondent. | Magistrate Judge |
| 20 | Status Conference:   May 14, 2012 |
| 21 | Time:                     9:30 a.m. |
| | Courtroom:            6D, Santa Ana |

22
23        Petitioner Trinidad Marin, through his counsel Morgan E. Pietz, and Respondent
24  Timothy E. Busby, Warden, through his counsel, Deputy Attorney General David Glassman
25  (the "**Parties**") hereby jointly stipulate as follows:
26        1.       This protective order concerning the limited waiver of Petitioner's attorney-
27  client privilege and related rights under the work product doctrine is issued pursuant to
28  *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003).  This order shall be applicable

-1-

1   throughout Petitioner's habeas corpus proceedings, including during discovery and in
2   connection with any appeal hereof.  This Court shall retain jurisdiction to enforce this order
3   and this order shall remain in full force and effect in the event of any retrial of all or any
4   portion of Petitioner's criminal case, and in connection with any appeals thereof.

5          2.      Documents and information protected by the attorney-client privilege or the
6   attorney work product doctrine that Petitioner or his defense team disclose during discovery
7   in these habeas corpus proceedings, or that is revealed during in-court testimony during the
8   evidentiary hearing are **"Protected Information"** and cannot be used for any purpose other
9   than the litigation of Petitioner's writ application. The revelation or use of Protected
10  Information in the writ proceedings will not constitute a waiver of the attorney-client
11  privilege or work product protection outside of the writ proceedings.

12         3.      Testimony, offered in open court or otherwise in connection with Petitioner's
13  writ proceedings, of the Petitioner or of defense team members regarding Protected
14  Information will not constitute a waiver of the attorney-client privilege or work product
15  protection outside of the writ proceedings, and may not be used for any purpose other than
16  the litigation of Petitioner's writ application.

17         4.      Protected Information may be used only by the Parties to this federal habeas
18  litigation, namely (1) representatives from the California Department of Justice and (2)
18  representatives of The Pietz Law Firm and the Law Office of Carl K. Osborne. Disclosure or
20  transmittal of Protected Information may not be made to any other persons or agencies,
21  including any other law enforcement or prosecutorial personnel or agencies, without an order
22  from this Court.  However, Protected Information does not include such documents or
23  information if they were obtained by means wholly independent of the writ proceedings or
24  their protection was waived by some conduct other than their revelation or use in the writ
25  proceedings.

26  /

27

28

-2-

STIPULATION AND [~~PROPOSED~~] *BITTAKER* PROTECTIVE ORDER

Respectfully Submitted:

THE PIETZ LAW FIRM
Carl K. Osborne, Esq.
LAW OFFICES OF CARL K. OSBORNE
3770 Highland Avenue, Suite 206
Manhattan Beach, California, 90266
Telephone:    (310) 424-5557
Facsimile:     (310) 546-5301

April 2, 2012          By:     /s/ Morgan E. Pietz

Morgan E. Pietz, Esq.
*Attorneys for Petitioner, Trinidad Marin*

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General

April 2, 2012          By:     /s/ David F. Glassman

DAVID F. GLASSMAN
Deputy Attorney General
*Attorneys for Respondent*

IT IS SO ORDERED:

DATED: 4/3/2012

ROBERT N. BLOCK

HONORABLE ROBERT N. BLOCK
United States Magistrate Judge

-3-
**STIPULATION AND [PROPOSED] *BITTAKER* PROTECTIVE ORDER**