UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2286-JSL (RNB) | Date | October 5, 2012 |
|---|---|---|---|
| Title | Trinidad Marin v. Timothy E. Busby, Warden | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | n/a | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Morgan E. Pietz | | DAG David F. Glassman |
| | | DAG Robert Snider |

**Proceedings:** (TELEPHONIC STATUS CONFERENCE)

Case called. Counsel make their appearances telephonically. The Court explains why it is unwilling to sign off on the proposed stipulation relating to Ms. Harrigan's testimony and confers with counsel about other issues relating to evidence to be presented at the evidentiary hearing. The Court instructs counsel to confer further and submit a new stipulation relating to Ms. Harrigan's testimony. The stipulation should also include a new proposed date for the next status conference. In the meantime, the further status conference currently scheduled for October 10, 2012 is ordered off calendar. In the face of petitioner's non-opposition, the Court authorizes respondent's counsel to lodge a copy of the transcript of the deposition of trial counsel and advises that it will review the transcript in advance of the next status conference. However, the Court is not agreeing at this time that its review of the transcript will obviate the need for trial counsel to testify live at the evidentiary hearing. Nor is the Court making any decision at this time as to whether it will permit the direct testimony of witnesses to be presented in the form of declarations.

cc: Judge Letts

| | : | 43 |
|---|---|---|
| Initials of Preparer | | klh |