O

FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD MARIN,<br><br>    Petitioner,<br><br>vs.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>    Respondent. | Case No. CV 11-2286-JGB (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court also has considered petitioner's request to further develop the record with respect to certain of his claims. The Court accepts the findings and recommendations of the Magistrate Judge and denies petitioner's request to further develop the record.

    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 12, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE