JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD MARIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>　　　　Respondent. | Case No. CV 11-2286-JGB (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 12, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE